## PEOPLE v. CHEERS.

Appeal from Kalamazoo, Van Valkenburg (Wade), J. Submitted Division 3 October 3, 1968, at Marquette. (Docket No. 2,620.) Decided October 21, 1968.

Velma Cheers was convicted on plea of guilty of breaking and entering with intent to commit a felony. Defendant's motion to withdraw her plea denied. Defendant appeals. Affirmed.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Donald A. Burge*, Prosecuting Attorney, and *John E. Fitzgerald*, Assistant Prosecuting Attorney, for the people.

*Patrick H. McCauley*, for defendant on appeal.

PER CURIAM. After waiving examination, appellant pled guilty on arraignment to a charge of breaking and entering with intent to commit a felony. Appellant appeals the subsequent denial of her motion to withdraw the guilty plea.

The record describes a procedure within the ambit of recent guilty plea decisions of the Michigan Supreme Court. *People* v. *Dunn* (1968), 380 Mich 693; *People* v. *Stearns* (1968), 380 Mich 704; *People* v. *Winegar* (1968), 380 Mich 719. Although defend-

ant was intoxicated at the time of the crime, her testimony was sufficiently inculpatory to infer the requisite intent to commit a felony. We find neither prejudicial error nor a miscarriage of justice.

Affirmed.

T. G. KAVANAGH, P. J., and McGREGOR and PHILIP C. ELLIOTT, JJ., concurred.